FILED

07/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0413

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0413

GLACIER BEAR RETREAT, LLC;
GAIL L. GOODWIN and
DARRYL C. SLATTENGREN,

    Plaintiffs, Counter Defendants, and
Appellees,

    v.

MATT DUSEK; RACHEL DUSEK,

    Defendants, Counter Claimants, and
Appellants.

ORDER

FILED

JUL 23 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

In accordance with M. R. App. P. 15, the Ninth Circuit Court of Appeals has certified to this Court the following question of law, which has arisen in that court's Cause No. 23-35117:

> Whether the compensation awarded as incident to a decree for specific performance of a contract constitutes legal damages for the purpose of awarding prejudgment interest under § 27-1-211, MCA.

This Court accepts the certified question on the relevant facts set forth in the Ninth Circuit Court's certification of the question. In accordance with M. R. App. P. 15(4), we reserve any determination whether to reformulate the question pending full consideration of the issue. We will answer the question in due course following briefing.

Accordingly,

IT IS ORDERED that the parties shall, in accordance with the Montana Rules of Appellate Procedure, prepare, file, and serve briefs addressing the certified question set forth above, with the opening brief of the Defendants, Counter-claimants, and Appellants to be filed within 30 days after the date of this Order. Thereafter, additional briefing shall proceed in accordance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record for the parties in Ninth Circuit Court of Appeals Cause No. 23-35117, and to the Clerk of Court for the Ninth Circuit Court of Appeals.

DATED this 23rd day of July, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2